IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MISSISSIPPI TRUCK, FOOD AND FUEL SELF INSURANCE FUND,** et al.   )<br>)<br>)<br>)<br>    Plaintiffs,   )<br>)<br>vs.   )<br>)<br>**ALABAMA WORKERS' COMPENSATION SELF-INSURANCE FUND, et al.,**   )<br>)<br>)<br>)<br>    Defendants.   ) | Case No. **1:14-cv-533** |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.4 FOR ALABAMA WORKERS' COMPENSATION SELF-INSURANCE FUND**

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 3.4 of the Southern District of Alabama, Defendant Alabama Workers' Compensation Self-Insurance Fund submits the following Corporate Disclosure Statement:

Alabama Worker's Compensation Self Insurance Fund is a "business trust" authorized under Alabama Code § 25-5-9. It has no parent or subsidiary companies and is not publically traded. There is no publicly held corporation that owns ten (10) percent or more of the stock in Alabama Workers' Compensation Self-Insurance Fund.

{MB215654.1}

        Respectfully submitted,

        */s/ James Rebarchak*
        James Rebarchak (REBAJ2308)
        Kenneth A. Watson (WATSK3123)
        Counsel for Alabama Workers'
        Compensation Self Insurance Fund
        and Business Insurance Group, LLC

OF COUNSEL:
Jones Walker LLP
11 N. Water Street, Suite 1200
Mobile, Alabama 36602
Tel:  (251)432-1414
Fax:  (251) 433-4106
kwatson@joneswalker.com
jrebarchak@joneswalker.com

## CERTIFICATE OF SERVICE

    I certify that on the 27th day of January, 2016 I electronically filed the foregoing via the Court's CM/ECF system, which will send notice to all counsel of record.


        */s/ James Rebarchak*
        James Rebarchak